# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00814-CV

**Yevgenia Shockome, Appellant**

**v.**

**Robert Brendel, Barbara Trevino-Kuvet, Stratos Apostolou, Mary F. Iverson, Randolph V. Gonzalez, Cary Street Partners, Riverstone Wealth Management, Kyle Coward, Beth Layman, First Clearing, Tara Randle, River Del Llano, Amber Vasquez Bode, Erin Lemaster, Noelle Davis, Timothy Shockome, and Does 1 through 20, Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-003849, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Yevgenia Shockome has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: February 6, 2020